UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANH VU NGUYEN, | ) | CASE NO. C08-1580-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING RESPONDENT |
| | ) | TO SUPPLEMENT THE RECORD |
| TIMOTHY WINGLER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. Currently pending before the Court is petitioner's second amended federal habeas petition. (See Dkt. 27.) The Court, having now reviewed petitioner's second amended petition, deems it necessary to obtain a copy of the trial transcript before proceeding to disposition of the petition. Accordingly, the Court does hereby ORDER as follows:

(1) Respondent shall supplement the record with a copy of the trial transcript not later than **September 18, 2009**;

(2) Petitioner's second amended habeas petition is RE-NOTED on the Court's calendar for consideration on **September 18, 2009**; and

01        (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02 respondent, and to the Honorable Robert S. Lasnik.

03        DATED this 1st day of September, 2009.

05                                                    /s/ Mary Alice Theiler
                                                      Mary Alice Theiler
06                                                    United States Magistrate Judge

ORDER DIRECTING RESPONDENT
TO SUPPLEMENT THE RECORD
PAGE -2