UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANH VU NGUYEN,

        Petitioner,

v.

TIMOTHY WINGLER,

        Respondent.

CASE NO. C08-1580RSL

ORDER DENYING SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's second amended petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) Except as noted below, the Court adopts the Report and Recommendation.

(2) Petitioner's second amended petition (Dkt. # 27) is DENIED and this action is DISMISSED with prejudice.

(3) As of December 1, 2009, the district court is required to consider whether a certificate of appealability should issue at the time it enters a final order adverse to the petitioner. Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts. To obtain a certificate of appealability, the

ORDER OF DISMISSAL - 1

| | | |
|---|---|---|
| 1 | | petitioner must make a substantial showing of the denial of a constitutional |
| 2 | | right. "Obviously the petitioner need not show that he should prevail on the |
| 3 | | merits. He has already failed in that endeavor." Barefoot v. Estelle, 463 U.S. |
| 4 | | 880, 893 n.4 (1983). Rather, he must demonstrate that the resolution of the |
| 5 | | habeas petition is debatable among reasonable jurists or that the issues |
| 6 | | presented were "adequate to deserve encouragement to proceed further." Slack |
| 7 | | v. McDaniel, 529 U.S. 473, 483-84 (2000). Where a petition is dismissed on |
| 8 | | procedural grounds, the Court must determine whether "jurists of reason" |
| 9 | | would debate (1) whether the petition states a valid claim of the denial of a |
| 10 | | constitutional right and (2) whether the district court's procedural ruling was |
| 11 | | correct. Slack, 529 U.S. at 484. |
| 12 | (4) | The Court finds that the dismissal of petitioner's first, fourth, sixth, thirteenth, |
| 13 | | and seventeenth grounds for relief are debatable among reasonable jurists |
| 14 | | and that these claims deserve to proceed further. These claims are, therefore, |
| 15 | | appealable under the Antiterrorism and Effective Death Penalty Act of 1996. |
| 16 | | The Court's rejection of petitioner's second, third, fifth, seventh, eighth, ninth, |
| 17 | | tenth, eleventh, twelfth, fourteenth, fifteenth, and sixteenth grounds for relief is |
| 18 | | not debatable and should not be the subject of an appeal. |
| 19 | (5) | The Clerk is directed to send copies of this Order to petitioner, to counsel for |
| 20 | | respondent, and to Judge Theiler. |

Dated this 24th day of February, 2010.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2