UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANH VU NGUYEN, | ) |
|     Petitioner, | ) CASE NO. C08-1580RSL |
| v. | ) |
| TIMOTHY WINGLER, | ) ORDER STRIKING APPLICATION |
|     Respondent. | ) FOR CERTIFICATE OF APPEALABILITY |

This matter comes before the Court on "Petitioner's Application for Certification of Appealability from the District Court." Dkt. # 40. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, the undersigned considered whether a certificate of appealability should issue at the time it dismissed the habeas petition. See Dkt. # 38.[1] The pending motion for a certificate of appealability is, therefore, STRICKEN.

---

[1] The Court issued a certificate of appealability regarding petitioner's first, fourth, sixth, thirteenth, and seventeenth grounds for relief. The Court found that its rejection of petitioner's second, third, fifth, seventh, eighth, ninth, tenth, eleventh, twelfth, fourteenth, fifteenth, and sixteenth grounds for relief was not debatable and should not, therefore, be the subject of an appeal.

ORDER STRIKING APPLICATION FOR
CERTIFICATE OF APPEALABILITY - 1

1        Dated this 9th day of March, 2010.

2                                      /s/ Robert S. Lasnik

3                               Robert S. Lasnik
                                United States District Judge

ORDER STRIKING APPLICATION FOR
CERTIFICATE OF APPEALABILITY - 2